AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**SEALED**

| United States of America | ) | Case: 1:20-cr-00063 |
| v. | ) | Assigned To : Contreras, Rudolph |
| Aws Muwafaq Abduljabbar, | ) | Assign. Date : 3/4/2020 |
| AKA Aous Mofaq Abdaljabar Hailmi | ) | Description: INDICTMENT (B) |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Aws Muwafaq Abduljabbar ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371   (Conspiracy to commit theft of U.S. Government Property and to defraud the United States)
18 U.S.C. § 641   (Theft of Public Records)
18 U.S.C. § 1030 (Fraud and Related Activity in Connection with Computers)
18 U.S.C. § 1956 (Money Laundering)
18 U.S.C. § 2     (Aiding and Abetting)

Date:   03/04/2020

*Issuing officer's signature*

City and state:   Washington, D.C.

U.S. Magistrate Judge Robin M. Meriweather
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 03/06/2020 , and the person was arrested on *(date)* 10/16/2020
at *(city and state)* Washington DC .

Date: 10/16/2020

*Arresting officer's signature*

Steven Caldwell   DEO
*Printed name and title*

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By _____
Deputy Clerk