UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | Criminal Case:  1:20-cr-63 (RC) |
| v. | : | |
| | : | |
| | : | |
| **AWS ABDULJABBAR,** | : | |
| | : | |
| | : | |
| Defendant | : | **FILED UNDER SEAL** |

## GOVERNMENT'S MOTION TO DISCLOSE GRAND JURY MATERIAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to allow it to provide grand jury material protected by Fed. R. Crim. P. 6(e) to counsel for the defendant as part of the government's discovery production in this case.  In support of this motion, the government makes the following representations:

1. To facilitate the government's and the defense's ability to discuss any potential resolution of the case, the government requests the Court's permission to disclose to defense counsel, at the government's discretion, material that occurred before the grand jury that returned the indictment.

2. The Court may "authorize disclosure – at a time, in a manner, and subject to any other conditions that it directs – of a grand jury matter . . . preliminarily to or in connection with a judicial proceeding."  Fed. R. Crim. P. 6(e)(3)(E)(i).

3. The government requests that the Court file this motion, as well as any order issued on this motion, under seal because it reveals information protected from public disclosure by Fed.

R. Crim. P. 6(e).  There is thus a compelling interest in preserving that secrecy.  See Washington Post v. Robinson, 935 F.2d 282, 287-89 (D.C. Cir. 1991).  At this time, moreover, the case remains under seal generally as the parties discuss a potential resolution.

WHEREFORE, the United States respectfully requests that the Court authorize the disclosure material that occurred before the grand jury in this case, as laid out in the attached proposed order.

>                          Respectfully submitted,
>
>                          MICHAEL R. SHERWIN
>                          ACTING UNITED STATES ATTORNEY
>                          N.Y. Bar Number 4444188
>
>   By:     /s/ Erik M. Kenerson_____
>                          ERIK M. KENERSON
>                          Assistant United States Attorney
>                          Ohio Bar Number 82960
>                          United States Attorney's Office
>                          555 Fourth Street, N.W.
>                          Washington, D.C.  20530
>                          Telephone: 202-252-7201
>                          Email: Erik.Kenerson@usdoj.gov

Certificate of Service

I hereby certify that I served a copy of the foregoing motion, as well as the attached proposed order, on Michael Lawlor, Esq., counsel for the defendant, at mlawlor@verizon.net, on this the 12th day of November, 2020.

>     /s/ Erik M. Kenerson_____
>   Erik M. Kenerson
>   Assistant United States Attorney